UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SAUNDERS, | ) | CV F  05-00125 AWI SMS HC |
| Petitioner, | ) | ORDER VACATING REPORT AND RECOMMENDATION AND DIRECTING PETITIONER TO SUBMIT COMPLETE IN FORMA PAUPERIS APPLICATION |
| v. | ) | |
| JAMES A. YATES, Warden, | ) | [Docs. 4, 5] |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on January 31, 2005. By order of February 17, 2005, the Court directed Petitioner to submit a complete in forma pauperis application, within thirty days from the date of service. Petitioner failed to comply with the court's order. Therefore, on March 29, 2005, the Court issued a Report and Recommendation that the action be dismissed for Petitioner's failure to comply with a court order. Petitioner filed objections on April 19, 2005. In the objections, Petitioner indicates that on February 27, 2005, he submitted two applications to proceed in forma pauperis, one in case number CV-F-05-00236 REC LJO HC, and the other in the instant action.

Petitioner is advised that although he may have submitted an in forma pauperis application in his other pending action, no application was filed in this action. However, in the

///

1

interest of justice, the Court will grant Petitioner one additional opportunity to submit a completed in forma pauperis application in the instant action.

      Accordingly, it is HEREBY ORDERED that:

1. The Report and Recommendation of March 29, 2005, is VACATED;
2. Within thirty (30) days from the date of service of this order, Petitioner shall submit a completed in forma pauperis application, in accordance with the Court's February 17, 2005, order;[1] and
3. Failure to comply with this order will result in a recommendation that the action be dismissed for failure to comply with the a court order.  Local Rule 11-110.

IT IS SO ORDERED.

Dated:    April 28, 2005             /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is advised that he must include the instant case number on the application.