1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| JASON SAUNDERS, | CV F   05-00125 AWI SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST TO VOLUNTARILY DISMISS ACTION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| JAMES A. YATES, Warden, | [Doc. 9] |
| Respondents. | |

9
10
11
12
13
14

_____/

15
16

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

17
18
19

     Petitioner filed the instant petition for writ of habeas corpus on January 31, 2005.  On February 17, 2005, the Court directed Petitioner to submit a completed in forma pauperis application.  Petitioner failed to comply with the Court's order, therefore, on March 29, 2005, the Court issued a recommendation that the action be dismissed for failure to comply with a court order.  Petitioner filed objections on April 19, 2005, and the recommendation for dismissal was vacated on April 29, 2005.  On May 10, 2005, Petitioner submitted a completed in forma pauperis application.  Then on May 11, 2005, Petitioner filed a motion to dismiss the instant petition.  Petitioner states that he is currently in the midst of exhausting his state remedies.

20
21
22
23
24
25

     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer . . . ."  Pursuant to Rule 11 of the Rules

26
27
28

Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."  At this time, Respondent has not filed an answer to the petition for writ of habeas corpus.

Accordingly, IT IS ORDERED that the petition IS DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   May 24, 2005**              _____/s/ Anthony W. Ishii_____
0m8i78                                 UNITED STATES DISTRICT JUDGE